# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ENRIQUETA LEANDRO GONZALEZ,

    Plaintiff(s),

v.

SAM'S WEST, INC., et al.,

    Defendant(s).

Case No. 2:25-cv-01228-GMN-NJK

**ORDER**

Defendants filed their answer in state court roughly ten months prior to removal. *See* Docket No. 1-4. The parties must file a joint proposed discovery plan by August 6, 2025. In addition to the information normally required for such a filing, the parties must also identify with specificity all discovery conducted in state court and must attach any scheduling order issued by the state court.

IT IS SO ORDERED.

Dated: July 28, 2025

                                                    Nancy J. Koppe
                                                  United States Magistrate Judge