```
TYSON & MENDES LLP
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
Emails: ghayes@tysonmendes.com
        npsyk@tysonmendes.com
2835 St. Rose Pkwy., Suite 140
Henderson, NV 89052
Telephone: (702) 724-2648
Facsimile: (702) 410-7684
Attorneys for Defendants Sam's West, Inc. and Walmart, Inc.
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ENRIQUETA LEANDRO GONZALEZ, individually,<br><br>Plaintiff,<br><br>v.<br><br>SAM'S WEST, INC.; WALMART, INC.; and DOES I-X; and ROE CORPORATIONS I-X inclusive,<br><br>Defendants. | Case No. 2:25-cv-01228-GMN-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, between Plaintiff ENRIQUETA LEANDRO GONZALEZ, an individual, by and through her counsel, STOVALL & ASSOCIATES and Defendants SAM'S WEST, INC. AND WALMART, INC., by and through their counsel, TYSON & MENDES, LLP, that Plaintiff's complaint and all causes of action therein be dismissed with prejudice with each party to bear their own fees and costs.

DATED this ___ day of August 2025

TYSON & MENDES LLP

/s/ Griffith H. Hayes
GRIFFITH H. HAYES
Nevada Bar No. 7374
NICHOLAS F. PSYK
Nevada Bar No. 15983
2835 St. Rose Parkway, Suite 140
Henderson, NV 89052
Attorneys for Defendants Sam's West, Inc. and Walmart, Inc.

DATED this 28 day of August 2025

STOVALL & ASSOCIATES

_____
LESLIE MARK STOVALL
Nevada Bar No. 2566
ROSS MOYNIHAN
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107
Attorneys for Plaintiff

1

## ORDER

Based upon the Stipulation of the parties, the Court having reviewed all pleadings and papers on file herein, and good cause appearing.

**IT IS HEREBY ORDERED** that the above-entitled action be dismissed WITH PREJUDICE in its entirety, with all parties to bear their own attorney fees and costs.

The Clerk of the Court is kindly directed to close this case.

**DATED** this 27 day of October, 2025.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), and/or LR IC 4-1, I hereby certify that I am an employee of Tyson & Mendes LLP, and on August 6, 2025, I caused the foregoing document entitled **JOINT STATUS REPORT REGARDING REMOVED ACTION** to be served upon the following individuals via electronic mail.

LESLIE MARK STOVALL, ESQ.
ROSS MOYNIHAN, ESQ.
STOVALL & ASSOCIATES
2301 Palomino Lane
Las Vegas, NV 89107

1  Telephone: (702) 258-3034
2  Facsimile: (702) 258-0093
   E-service: court@lesstovall.com
3  *Attorney for Plaintiffs*
4
5
6
7                                              */s/ Abigail Prince*
                                               An employee of Tyson & Mendes LLP
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28